**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1649**

---

BENJAMIN L. DOYLE,

Plaintiff - Appellant,

versus

MS. FURY, c/o VideoTronic; DONALD GLOBAL
SOFTWARE, Global Software,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-01-911-5-H)

---

Submitted: November 7, 2002    Decided: November 13, 2002

---

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Benjamin L. Doyle, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Benjamin L. Doyle seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2000) action as frivolous. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on January 18, 2002. The notice of appeal was filed on June 1, 2002.[*] Because Doyle failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Doyle's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. See Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

2

are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED